1038

[No. 41988-9-I.    Division One.    September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN A. KLEAMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-06199-9, Anthony P. Wartnik, J., entered January 6, 1998. *Affirmed* by unpublished per curiam opinion.

[Nos. 42158-1-I; 42619-2-I.    Division One.    September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CHARLES THOMPSON, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 97-1-00739-5 and 97-1-00738-7, Ricardo S. Martinez, J., entered February 12, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy, C.J., and Becker, J.

[No. 42271-5-I.    Division One.    September 20, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL HUMMELL, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-1-00448-8, Susan K. Cook, J., entered February 25, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42468-8-I.    Division One.    September 20, 1999.]

VALENTIN LAPITSKIY, ET AL., *Respondents*, v. LEONID FURMANOV, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-08638-0, J. Kathleen Learned, J., entered April 10, 1998. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Coleman and Baker, JJ.